## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRCT OF DELAWARE

| | | |
|---|---|---|
| LAUREN MCCLAIN | § | C.A. NO. 1:06-cv-484 **KAJ** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | JURY OF TWELVE DEMANDED |
| | § | |
| DEPARTMENT OF NATURAL | § | |
| RESOURCES AND ENVIRONMENTAL | § | |
| CONTROLS, | § | |
| | § | |
| And | § | |
| | § | |
| THE DELAWARE | § | |
| DIVISION OF PARKS AND | § | |
| RECREATION, | § | |
| | § | |
| and | § | |
| | § | |
| BRIAN MCKINLEY, individually | § | |
| and in his official capacity, | § | |
| | § | |
| Defendants. | § | |



FILED

SEP 2 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### NOTICE OF DISMISSAL

TO:     Clerk of the Court

    **PLEASE TAKE NOTICE THAT** the above-entitled action is hereby dismissed with prejudice.

LACY E. HOLLY, III, P.A.

Lacy E. Holly, III, Esquire
603 Main Street
P.O. Box 700
Odessa, DE  19703
(302) 376-5850
(302) 449-1992 Fax
Attorney for Plaintiff

Dated: 9/21/06